United States District Court
Southern District of Texas
**ENTERED**
December 14, 2021
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | CRIMINAL NO. 4:16-CR-408 |
| CAROLYN PRICE AUSTIN | |

## ORDER

Pending before the Court is the United States' motion to dismiss the remaining counts of the Indictment. Having considered the Motion,

IT IS ORDERED that the United States' motion is GRANTED. The following charges against Carolyn Price Austin are DISMISSED:

1. First Superseding Indictment (docket no. 86), counts 1, 9-17 against Carolyn Price Austin;

2. Second Superseding Indictment (docket no. 163), counts 1, 9-17 against Carolyn Price Austin; and

3. Third Superseding Indictment (docket no. 174), counts 1, 9-17 against Carolyn Price Austin

Signed on Dec 13, 2021

Vanessa D. Gilmore
United States District Judge