United States District Court
Southern District of Texas
**ENTERED**
January 13, 2022
Nathan Ochsner, Clerk

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | SOUTHERN DISTRICT OF TEXAS HOUSTON DIVISION |
| Versus | § § § | |
| **CAROLYN PRICE AUSTIN** | | **CRIMINAL CASE: 4:16CR408-4** |

## ORDER TO SURRENDER

The defendant, **CAROLYN PRICE AUSTIN #25476-479** having been sentenced to the custody of the Bureau of Prisons, is ordered to surrender on **Tuesday, February 15, 2022** by 2:00 pm to:

FMC CARSWELL
NAVAL AIR STATION
J ST BLDG 3000
FORT WORTH, TX 76127
817-782-4000

Signed on _____January 12_____, 2022

_____
UNITED STATES DISTRICT JUDGE