| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § § § | SOUTHERN DISTRICT OF TEXAS<br>HOUSTON DIVISION |
| Versus | | |
| **CAROLYN PRICE AUSTIN** | | CRIMINAL CASE: **4:16CR408-4** |

United States District Court
Southern District of Texas
**ENTERED**
February 10, 2022
Nathan Ochsner, Clerk

### ORDER TO SURRENDER

The defendant, **CAROLYN PRICE AUSTIN #25476-479**

having been sentenced to the custody of the Bureau of Prisons, is ordered to surrender on **Tuesday, February 15, 2022,** by 2:00 pm to:

FMC CARSWELL
NAVAL AIR STATION
J ST BLDG 3000
FORT WORTH, TX 76127
817-782-4000

Signed on _February 10_, 2022

Lynn N. Hughes
United States District Judge